# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Blue and White Samsung Verison Cellular telephone
Serial Number

**SEARCH WARRANT**

CASE NUMBER: 144 - - 01

TO: Arvind K Lal and any Authorized Officer of the United States

Affidavit(s) having been made before me by Investigator Steve Manley who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Blue and White Samsung Verison Cellular telephone
Serial Number

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attached affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _April 7, 2006_
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAR 2 2 2006
_____            at Washington, D.C.
Date and Time Issued   J.M. FACCIOLA
                       U.S. MAGISTRATE JUDGE
_____            _____
Name and Title of Judicial Officer           Signature of Judicial Officer

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| MARCH 28, 2006 | APRIL 4, 2006 1500HRS | |
| INVENTORY MADE IN THE PRESENCE OF |||
| S. MANLEY |||

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

SEIZED FROM CELLULAR PHONE W/

~~INCOME COMING~~
20 OUT GOING CALLS
10 IN COMING CALLS
38 STORED CALLS
11 MISSED CALLS

FILED
MAR 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _____

Subscribed, sworn to, and returned before me this date.

_____    03/15/07
U.S. Judge or U.S. Magistrate Judge    Date